UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

United States Courts
Southern District of Texas
FILED

FEB 2 1 2002

Michael N. Milby, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. V-02-11 |
| | § | |
| DAVID PENA | § | |
| THOMAS TAYLOR | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about December 14, 2001, in the Victoria Division of the Southern District of Texas and within the jurisdiction of the Court, the defendants,

**DAVID PENA and THOMAS TAYLOR,**

did knowingly and intentionally conspire and agree together and with each other, and with other persons unknown to the Grand Jurors, to knowingly and intentionally possess approximately five-hundred and three (503) grams of psuedoephedrine, a listed chemical as defined in Title 21, United States Code, Section 802, with the intent to manufacture methamphetamine, a Schedule II controlled substance, in a manner other than authorized by Title 21, United States Code, Sections 801 through 904.

In violation of Title 21, United States Code, Sections 846 and 841(c)(1).

## COUNT TWO

On or about December 14, 2001, in the Victoria Division of the Southern District of Texas and within the jurisdiction of the Court, the defendants,

DAVID PENA and THOMAS TAYLOR

did knowingly and intentionally possess approximately five-hundred and three (503) grams of psuedoephedrine, a listed chemical as defined in Title 21, United States Code, Section 802, with the intent to manufacture methamphetamine, a Schedule II controlled substance, in a manner other than authorized by Title 21, United States Code, Sections 801 through 904.

In violation of Title 21, United States Code, Sections 841(c)(1).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

By: _____
TIMOTHY G.E. HAMMER
Assistant United States Attorney