**UNITED STATES DISTRICT COURT**     **SOUTHERN DISTRICT OF TEXAS**

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 22 2002

Michael N. Milby, Clerk of Court

U.S.A §
§
§
versus §
§
David Pena and Thomas Taylor §
§

Civil Action _____

Criminal  CR. V-02-11

## RECEIPT FOR WITHDRAWAL OF EXHIBITS

Type: ~~Hearing~~ (Trial)       Party: (Pltf.) / ~~Deft.~~ U.S.A.

**Exhibit Numbers**      **Description**

| Exhibit | Description |
|---|---|
| 13 | Bag of pseudoephedrine pills - GS/HC |
| 14 | Bag of pseudoephedrine pills - GS/HC |
| 15 | Bag with pseudoephedrine - GS/HC |
| 16 | Bag with batteries - GS |
| 17 | Bag with salt - GS |
| 18 | Bag with sulphuric acid - GS |

The above exhibits were received by __Jim Hammer__, attorney for __U.S.A. And Gary Shaw, Texas DPS__

(Signature)

5/22/02
(date)

★ Govt will provide photo of each exhibit

49